IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROBERT JENS VAASJO; ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>CENTRO MEDICO DEL TURABO (D/B/A) HOSPITAL HIMA SAN PABLO-CAGUAS<br><br>Defendants. | CIV. NO.: 13-1462 (JDL/SCC) |

**REPORT AND RECOMMENDATION**

   The presiding judge referred two motions to the undersigned. *See* Docket No. 194. The first is an Emergency Motion requesting Order and Sanctions, at Docket No. 178. Plaintiffs ask the Court to order co-defendants Dr. Guerrero and HIMA San Pablo-Caguas to deposit with the Court the payments corresponding to the settlement agreement signed by the parties. Plaintiffs also seek $2,500.00 in sanctions

against defendants for the time and effort incurred in collecting the past due payments. In light of plaintiffs' request, the Court issued an order requiring defendants to respond to the motion. Docket No. 181. Given defendants' failure to respond, on August 10, 2017, the Court once against ordered defendants to address plaintiffs' Motion for Sanctions at Docket No. 178. *See* Docket No. 191.

During the months of July and August, Dr. Guerrero and HIMA San Pablo-Caguas deposited several payments with the Court. *See* Docket Nos. 179, 183, 188 and 192.

On August 31, 2017, plaintiffs filed a Motion in Compliance, which was also referred to the undersigned. In this motion, plaintiffs ask for an order directed to HIMA San Pablo-Caguas to deposit the third installment due, and restate the request for sanctions against each defendant in the amount of $2,500.00. Plaintiffs also seek post-judgment interest starting from the due date of the first payment, May 18th, 2017.

VAASJO v. CENTRO MEDICO DEL TURABO                               Page 3

As to the Motion at Docket No. 178, I recommend that it be deemed moot as to the past due payments, and denied as to the request for sanctions. Instead of sanctions, I recommend that post-judgment interest be imposed on the late payments.

As to the Motion in Compliance at Docket No. 193, I recommend that it be granted in part, and denied in part. It is my recommendation that the Court orders HIMA San Pablo-Caguas to make any outstanding payments within the next 30 days. I also recommend that defendants be ordered to pay $500.00 in attorney's fees, collectively, for plaintiffs' collection efforts.

IT IS SO RECOMMENDED.

Due to the impact of Hurricane Maria, and in accordance with administrative orders, the parties are granted fourteen days from October 16, 2017, that is, until October 30, to file any objections to this report and recommendation. Failure to file the same within the specified time waives the right to appeal this report and recommendation. *Henley Drilling Co. v. McGee*, 36 F.3d 143, 150-51 (1st Cir. 1994); *United States v.*

*Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986).

In San Juan, Puerto Rico, this 4th day of October, 2017.

<u>S/ SILVIA CARREÑO-COLL</u>

UNITED STATES MAGISTRATE JUDGE