# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| ROBERT JENS VAASJO et al., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 3:13-cv-1462-JDL |
| CENTRO MEDICO DEL TURABO, d/b/a Hospital HIMA San Pablo-Caguas et al. | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed her Recommended Decision (ECF No. 195) with the court on October 4, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on October 30, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. The Emergency Motion Requesting Order and Sanctions (ECF No. 178) is hereby deemed **MOOT** with respect to the past due payments, and **DENIED** as to the sanctions request. However, the Defendants are hereby ordered to pay post-judgment interest on all late payments, starting from the due date of the first payment, May 18, 2017. The Motion in Compliance with Order (ECF No. 193) is **GRANTED IN PART** and **DENIED IN PART**. HIMA San Pablo-Caguas is required to make any payments that are still outstanding within thirty (30)

1

days.  Defendants shall pay $500 in attorney fees, collectively, within thirty (30) days, for Plaintiffs' collection efforts.

**SO ORDERED.**

Dated:  November 15, 2017

                                                                 /s/ Jon D. Levy
                                              **U.S. DISTRICT JUDGE**